## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

ARROW ENTERPRISE COMPUTING
SOLUTIONS, INC., a Delaware corporation,

Plaintiff,

v.

BLUEALLY, LLC, a Delaware limited
liability company; BLUEALLY DIRECT,
LLC, a Virginia limited liability company;
NET DIRECT SYSTEMS, LLC, a North
Carolina limited liability company; PHILIP
ALBERT SANTONI, an individual; and
CRISTA MARIE SANTONI, an individual,

Defendants.

**ENTRY OF DEFAULT**

Civil Action No. 5:15-cv-00037-FL

Whereas, Defendants Philip Albert Santoni and Crista Marie Santoni (the "Santonis")
have been served with the Summons and the Complaint filed by Arrow Enterprise Computing
Solutions, Inc. ("Arrow") and have failed to appear and answer or otherwise respond to the
Complaint in the time allowed by Fed. R. Civ. P. 12(a)(1)(A)(i), the default of the Santonis is
hereby entered pursuant to Fed. R. Civ. P. 55(a).

DATED: ___December 18___, 2015.

_____
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION