IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NUMBER 5:15-CV-0037-FL

| | |
|---|---|
| ARROW ENTERPRISE COMPUTING SOLUTIONS, INC., a Delaware corporation, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING**<br>) **MOTION TO STAY** |
| BLUEALLY, LLC, a Delaware limited liability company, BLUEALLY DIRECT, LLC, a Virginia limited liability company; NET DIRECT SYSTEMS, LLC, a North Carolina corporation; PHILIP ALBERT SANTONI, an individual; and CRISTA MARIE SANTONI, an individual, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

Upon motion by Defendants BlueAlly, LLC, and BlueAlly Direct, LLC, for good cause shown, the effect of the Order granting Plaintiff's Motion to Compel (DE 52) is stayed pending this Court's review of the objections to the Order filed by BlueAlly, LLC, and BlueAlly Direct, LLC (DE 55).

IT IS SO ORDERED.

This the 23rd day of _____August\_\_\_\_, 2016.

_____
The Honorable Louise W. Flanagan
United States District Judge