UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-00037-FL

| | |
|---|---|
| **Arrow Enterprise Computing Solutions, Inc.**,<br><br>     Plaintiff,<br><br>v.<br><br>**BlueAlly, LLC, et al.**,<br><br>     Defendants. | **Order** |

  Plaintiff Arrow Enterprise Computing Solutions, Inc. ("Arrow") seeks has moved for an order sealing Exhibit 6 (D.E. 76), submitted in open court on December 15, 2016, by Defendants BlueAlly, LLC and BlueAlly Direct, LLC (the "BlueAlly Defendants"). D.E. 77

  The exact document requested to be sealed has been identified; the request to seal overcomes both the common law and the First Amendment presumption to access; the specific qualities of the material at issue justify sealing such material taking into account the balance of competing interest in access; there are no adequate alternatives to sealing; and the BlueAlly Defendants do not oppose this Motion.

  Pursuant to Federal Rule of Civil Procedure 5.2, Local Rule 79.2, and the Consent Protective Order (D.E. 48), the motion (D.E. 77) is GRANTED. The Clerk shall seal Docket Entry 76.

Dated: December 28, 2016

                  _____
                  Robert T. Numbers, II
                  United States Magistrate Judge