IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NUMBER 5:15-CV-0037-FL


ARROW ENTERPRISE COMPUTING )
SOLUTIONS, INC., a Delaware corporation)
                                  )
        Plaintiff,             ) **ORDER ON**
                                    ) **BLUEALLY, LLC, AND**
        v.                   ) **BLUEALLY DIRECT, LLC'S**
                                    ) **CONSENT MOTION FOR**
BLUEALLY, LLC, a Delaware limited  ) **LEAVE TO TAKE**
liability company, BLUEALLY DIRECT,  ) **DEPOSITION OUTSIDE**
LLC, a Virginia limited liability company; ) **DISCOVERY PERIOD**
NET DIRECT SYSTEMS, LLC, a North  )
Carolina corporation; PHILIP ALBERT  )
SANTONI, an individual; and CRISTA  )
MARIE SANTONI, an individual,     )
                                    )
        Defendants.           )

     This matter comes before the Court on the consent motion of Defendants

BlueAlly, LLC, and BlueAlly Direct, LLC, for leave to take the deposition of Matt

Germane, who has been disclosed as an expert witness by Plaintiff Arrow

Enterprise Computing Solutions, Inc., on 24 February 2017, outside the discovery

period set by the Third Amended Case Management Order (DE 70). The Court

finds, for good cause shown, the motion should be GRANTED. The parties may

proceed with the deposition of Mr. Germane on 24 February 2017.

     Except as set forth herein, the remaining provisions set forth in the Third

Amended Case Management Order dated 15 November 2016 shall remain

unchanged.

IT IS SO ORDERED.

This the 21st day of February, 2017.

Louise W. Flanagan
United States District Judge