UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ARROW ENTERPRISE COMPUTING SOLUTIONS, INC. *A Delaware Corporation* )<br>Plaintiff, )<br>)<br>v. )<br>)<br>BLUEALLY, LLC *A Delaware limited liability company;* BLUEALLY DIRECT LLC, *a Virginia limited liability company;* NET DIRECT SYSTEMS, LLC, *A North Carolina limited liability;* PHILIP ALBERT SANTONI, an individual; and CRISTA MARIE SANTONI, *an individual* )<br>Defendants. ) | JUDGMENT<br><br>No. 5:15-CV-37-FL |

**Decision by Court and Jury.**

That this action came before The Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions for judgment as a matter of law and motion for partial judgment as a matter of law on the issue of damages. Subsequent to the court's ruling as to these motions, the claims in this action were tried by a jury with The Honorable Louise W. Flanagan presiding, and the jury rendered a verdict fully favorable to the plaintiff.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff DID establish by a preponderance of the evidence that plaintiff and defendant BlueAlly, LLC DID entered into a valid contract; that defendant BlueAlly, LLC DID breach the contract by non-performance; and that defendant BlueAlly, LLC DID breach the contract by repudiation.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff IS entitled to recover from defendant BlueAlly, LLC damages in the amount of $9,521,980.00 for breach of contract.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that defendant BlueAlly Direct, LLC is the "alter-ego" of defendant BlueAlly, LLC such that defendant BlueAlly Direct, LLC also is liable for the damages in the amount of $9,521,980.00.

**This Judgment Filed and Entered on June 15, 2018, and Copies To:**
John H. Anderson, Jr.  (via CM/ECF Notice of Electronic Filing)
Justin B. Palmer (via CM/ECF Notice of Electronic Filing)
Mark E. Hindley (via CM/ECF Notice of Electronic Filing)
R. Chad Pugh (via CM/ECF Notice of Electronic Filing)
Kelly Margolis Dagger (via CM/ECF Notice of Electronic Filing)
Paul K. Sun, Jr. (via CM/ECF Notice of Electronic Filing)

June 15, 2018                                     PETER A MOORE, JR., CLERK
                                                   /s/ Sandra K. Collins
                                                  (By) Sandra K. Collins, Deputy Clerk