UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ARROW ENTERPRISE COMPUTING )<br>SOLUTIONS, INC. *A Delaware* )<br>*Corporation* )<br>           Plaintiff, )<br>)<br>    v. )<br>)<br>BLUEALLY, LLC *A Delaware limited* )<br>*liability company;* BLUEALLY DIRECT )<br>LLC, *a Virginia limited liability company;* )<br>NET DIRECT SYSTEMS, LLC, *A North* )<br>*Carolina limited liability;* PHILIP ALBERT )<br>SANTONI, an individual; and CRISTA )<br>MARIE SANTONI, *an individual* )<br>           Defendants. ) | AMENDED JUDGMENT<br><br>No. 5:15-CV-37-FL |

**Decision by Court and Jury.**

That this action came before The Honorable Louise W. Flanagan, United States District Judge, for consideration of motion to dismiss [DE 23] by defendants BlueAlly, LLC, and BlueAlly Direct, LLC, and on plaintiff's motion for summary judgment [DE 91]. Subsequent to the court's ruling as to these motions, plaintiff's claims against these defendants were tried by a jury with the Honorable Louise W. Flanagan presiding, and the jury rendered a verdict.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff have and recover from defendant BlueAlly, LLC, damages in the amount of $9,521,980.00.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that defendant BlueAlly Direct, LLC, as the "alter-ego" of defendant BlueAlly, LLC, is jointly and severally liable to plaintiff for said damages in the amount of $9,521,980.00.

**This Amended Judgment Filed and Entered on June 22, 2018, and Copies To:**
John H. Anderson, Jr.  (via CM/ECF Notice of Electronic Filing)
Justin B. Palmer (via CM/ECF Notice of Electronic Filing)
Mark E. Hindley (via CM/ECF Notice of Electronic Filing)
R. Chad Pugh (via CM/ECF Notice of Electronic Filing)
Kelly Margolis Dagger (via CM/ECF Notice of Electronic Filing)
Paul K. Sun, Jr. (via CM/ECF Notice of Electronic Filing)

June 22, 2018.                    PETER A MOORE, JR., CLERK
                                   /s/ Sandra K. Collins
                                  (By) Sandra K. Collins, Deputy Clerk