IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ARROW ENTERPRISE COMPUTING SOLUTIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLUEALLY, LLC, a Delaware limited liability company; BLUEALLY DIRECT, LLC, a Virginia limited liability company; NET DIRECT SYSTEMS, LLC, a North Carolina limited liability company; PHILIP ALBERT SANTONI, an individual; and CRISTA MARIE SANTONI, an individual,<br><br>Defendants. | **ORDER ENTERING DEFAULT JUDGMENT AGAINST DEFENDANTS PHILIP ALBERT SANTONI AND CRISTA MARIE SANTONI**<br><br>Civil Action No. 5:15-cv-00037-FL<br><br>The Honorable Louise Wood Flanagan |

**THIS MATTER,** having come before the Court on Arrow's Motion for Default Judgment Against Defendants Philip Albert Santoni and Crista Marie Santoni and the Court having reviewed the Motion and other matters in the record of the Court as appropriate, and for good cause appearing,

**IT IS HEREBY ORDERED** that:

1. Default Judgment in the total amount of $1,569,403 is entered against Philip Albert Santoni and Crista Marie Santoni; and

2. The Judgment amount shall accrue post-judgment interest at the maximum rate allowed by law.

DATED this 3rd day of August, 2018.

                      BY THE COURT:

                      _____
                      Louise W. Flanagan
                      United States District Judge